UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No. 2:05-cr-120-FTM-29SPC

EARNEST AARON BIMBO, JR.
_____

**OPINION AND ORDER**

    This matter is before the Court on defendant Earnest Bimbo, Jr.'s Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #41) filed on March 6, 2008. Counsel was appointed on March 14, 2008 (Doc. #42), a Joint Stipulation (Doc. #46) was filed on May 20, 2008, and a Supplement to the Joint Stipulation (Doc. #47) was filed on May 21, 2008. Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels.

    After review of the court file, Presentence Report, supplement to the Presentence Report, and Joint Stipulation and Supplement, the Court agrees that defendant is eligible for a sentence reduction and that such a reduction should be granted in the exercise of the Court's discretion. The Court also agrees that a reduction from the original 57 months imprisonment to 46 months imprisonment is appropriate. Therefore, in the exercise of its discretion, the Court will apply the Amendment 706 reduction to defendant, and will impose a sentence at the low end of the newly calculated Sentencing Guidelines range.

    Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. Defendant Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #41) is **GRANTED** as set forth below.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 46 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed. This order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.".

**DONE AND ORDERED** at Fort Myers, Florida, this __21st__ day of May, 2008.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
AUSA Viacava
FPD (Geiger)
U.S. Probation
U.S. Marshal